# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HERBERT JOHNSON,

    Plaintiff,

v.                                                  Case No:   6:18-cv-608-JA-LHP

EAST COAST WAFFLES,

    Defendant

## ORDER
(And Direction to Clerk of Court)

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   UNOPPOSED MOTION FOR LEAVE TO DEPOSE INCARCERATED NON-PARTY WITNESS AL-JALIL BYRD (Doc. No. 101)
>
> **FILED:**     April 19, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendant seeks leave of Court for the parties to conduct the deposition of a non-party witness who is incarcerated, Al-Jalil Byrd. Doc. No. 101. Plaintiff does not oppose. *Id.* at 3. Upon consideration, the Court finds the request well taken.

*See* Fed. R. Civ. P. 30(A)(2)(B).  *See also Aviation Koncepts, Inc. v. Starr Indem. & Liab. Co.*, No. 19-60513-CIV, 2019 WL 7708456, at *1 (S.D. Fla. Nov. 27, 2019) ("The Court . . . should permit the deposition of an incarcerated individual unless an objecting party can show why the deposition is impermissible under [Fed. R. Civ. P. 26(b)(1)(, (2)].").

Accordingly, the Motion (Doc. No. 101) is **GRANTED**, and the parties may take the deposition of Al-Jalil Byrd at a date and time agreed to by the parties. Counsel shall coordinate the deposition with the officials at Al-Jalil Byrd's place of incarceration.

Although Defendant's Motion (Doc. No. 101) was docketed as *ex parte*, there is no apparent reason for the *ex parte* designation.  Accordingly, the Clerk of Court is **DIRECTED** to remove the *ex parte* designation from the Motion (Doc. No. 101) and this Order, and to ensure that this Order is sent to counsel of record.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties